**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 08-1185

———————————

MARTHA GRAY,

                    Plaintiff - Appellant,

          v.

RICHMOND PUBLIC SCHOOLS,

                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:04-cv-00692-REP)

———————————

Submitted:  June 26, 2008            Decided:  June 30, 2008

———————————

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit
Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Martha Gray, Appellant Pro Se.  William DeLaney Bayliss, Edward
James Dillon, Jr., WILLIAMS MULLEN, Richmond, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha Gray appeals the district court's order denying her motion for reconsideration of its grant of summary judgment in favor of her employer in her employment discrimination action brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Gray v. Richmond Pub. Sch.</u>, No. 3:04-cv-00692-REP (E.D. Va. Dec. 17, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>